UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:20-CV-24775-BLOOM/OTAZO-REYES

TARIZA HOLMES,

    Plaintiff,

v

AKIMA GLOBAL SERVICES, LLC,

    Defendant.

_____/

### REPORT OF MEDIATION

A mediation conference was held on June 30, 2021 for the above-referenced matter. Mediator KAREN EVANS conducted the proceedings via ZOOM. All parties and their respective counsel were present.

__X__ A complete agreement was reached.

_____ A partial agreement was reached.

_____ No agreement was reached.

_____ The mediation was adjourned until _____.

_____
Karen Evans, Mediator

_June 30, 2021_
Date